

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-20-00069-CV

_____

JOSEPH WAYNE HEINRICH, APPELLANT

V.

HEATHER NEWMAN HEINRICH, APPELLEE

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. 2011-557,311; Honorable Mark J. Hocker, Presiding

February 28, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, Joseph Wayne Heinrich, appeals from the trial court's *Order in Suit to Modify Parent-Child Relationship*. Now pending before this court is Appellant's motion to dismiss the appeal. Without passing on the merits of the appeal, Appellant's motion is granted and the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1). As the motion does not indicate an agreement of the parties regarding the allocation of costs, all costs on appeal

shall be taxed against Appellant. *Id.* at 42.1(d). Having dismissed this appeal at Appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Per Curiam